UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
AHUVA B. FOGELMAN

                Plaintiff,

-against-                             08 CV 2610 (DLI)

PENNCRO ASSOCIATES, INC.       **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

                Defendant.

-------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. The parties maintain the right to have the matter reopened if the settlement is not consummated within sixty days.

                                                      MEL S. HARRIS & ASSOCIATES, LLC

_____               _____
Adam J. Fishbein, P.C. (AF-9508)       Arthur Sanders (AS-1210)
Attorney At Law                            **Attorneys for the Defendant**
**Attorney for the Plaintiff**                5 Hanover Square
483 Chestnut Street                          8th Floor
Cedarhurst, New York 11516            New York, New York 10004
516-791-4400                                 212-660-1050

SO ORDERED:


_____
U.S.D.J.