UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

AHUVA B. FOGELMAN

                         Plaintiff,

    -against-

PENNCRO ASSOCIATES, INC.

                         Defendant.

-----------------------------------------------------------------



FILED
IN OFFICE OCT 2 1 2007
P.M.
08 CV 2610 (DLI)

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. The parties maintain the right to have the matter reopened if the settlement is not consummated within sixty days.

                                         MEL S. HARRIS & ASSOCIATES, LLC

Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

Arthur Sanders (AS-1210)
**Attorneys for the Defendant**
5 Hanover Square
8th Floor
New York, New York 10004
212-660-1050

SO ORDERED:

    S/DLI

                                         Dated: Brooklyn, NY
                                             October 21, 2008

U.S.D.J.